IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

ASD SPECIALTY HEALTHCARE,   )
INC., d/b/a Oncology        )
Supply Company,            )
                           )
    Plaintiff,          )
                           )     CIVIL ACTION NO.
    v.                )      1:08cv528-MHT
                           )        (WO)
THE HOPE CLINIC, LLC, and   )
VIRGINIA TJAN-WETTSTEIN,    )
                           )
    Defendants.        )

## JUDGMENT

Pursuant to plaintiff's response (Doc. No. 6), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of August, 2009.


             /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE